**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **ROBERT ALAN BREAUX** | **:** | **CASE NUMBER A17-66982-CRM** |
| **DEBTOR** | **:** | |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10)**
**days following the Confirmation Hearing held on December 5, 2017:**

As to whether Debtor's plan payments are current

As to whether Debtor provided proof of mortgage payments

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor's plan payments remain delinquent

*Please enter an Order of Dismissal*

This the 2nd day of January, 2018.

___/s/_____
Julie M. Anania, Attorney for Chapter 13 Trustee
GA Bar Number 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
*/mam*                    (678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A17-66982-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
ROBERT ALAN BREAUX
430 GALENA COURT
FAIRBURN, GA  30213

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 2nd day of January, 2018.

/s/_____

   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201